IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

BRADY LEE HORTON                                                              PLAINTIFF

          v.                    Civil No. 10-3112

SHERIFF JERRY LOGGINS,
Searcy County, Arkansas; and
BRANDY BLAIR, Jail Administrator,
Searcy County Jail                                                            DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this civil rights action pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*.

On May 9, 2011, Plaintiff filed a motion to dismiss (Doc. 23) the case without prejudice.[1] I recommend that the motion to dismiss (Doc. 23) be granted and this case be dismissed without prejudice.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 9th day of May 2011.

           /s/ *J. Marschewski*
           HON. JAMES R. MARSCHEWSKI
           CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff previously filed a motion to dismiss all claims against Sheriff Loggins (Doc. 19). A report and recommendation (Doc. 21) was entered on April 20th recommending the motion be granted.

AO72A (Rev. 8/82)