```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                        HARRISON DIVISION
```

BRADY LEE HORTON                                              PLAINTIFF

v.                     Case No. 3:10-CV-03112

SHERIFF JERRY LOGGINS, Searcy
County, Arkansas; and BRANDY
BLAIR, Jail Administrator,
Searcy County Jail                                           DEFENDANTS

## O R D E R

On this 22nd day of June 2011, there comes on for consideration the Report and Recommendation (Doc. 24) filed in this case on May 9, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2).

As a result of this Order, the previously issued Report and Recommendation (Doc. 21) and Plaintiff's Motion to Dismiss Party (Doc. 19) are **TERMINATED AS MOOT.**

IT IS SO ORDERED this 22nd day of June 2011.

/s/ Paul K. Holmes, III
_____
**PAUL K. HOLMES, III
UNITED STATES DISTRICT JUDGE**